Case: 12-1370 Document: 38 Filed: 11/12/2013 Pages: 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 12, 2013

| Before: | FRANK H. EASTERBROOK, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |
| | ANN CLAIRE WILLIAMS, Circuit Judge |

| No.: 12-1370 | EDWARD M. INGRAM, Petitioner - Appellant  v.  UNITED STATES OF AMERICA, Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:11-cv-50364 Northern District of Illinois, Western Division District Judge Frederick J. Kapala ||

The judgment of the District Court is **VACATED** and **REMANDED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

Case: 12-1370      Document: 38            Filed: 11/12/2013      Pages: 2